**Order entered January 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01143-CV

### LAKEITH AMIR-SHARIF, Appellant

### V.

### QUICK TRIP CORPORATION, ET AL, Appellees

**On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-09-13818-E**

## ORDER

Before the Court is appellees' second motion to extend time to file their brief. We **GRANT** appellees' motion as follows. Our records show that by order dated January 7, 2013 we directed the Clerk of the Court to mail appellant a copy of the reporter's record. By order dated December 21, 2012 we ordered appellant to file his brief by January 20, 2013. To date, appellant has not filed his brief. Appellees' brief is due within thirty days after appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

/s/      CAROLYN WRIGHT
CHIEF JUSTICE